| | |
|---|---|
| 1 | Douglas R. Hart (SBN 115673) |
| | dhart@sidley.com |
| 2 | Jennifer B. Zargarof (SBN 204382) |
| | jzargarof@sidley.com |
| 3 | Heidi Larson Howell (SBN 254600) |
| | hhowell@sidley.com |
| 4 | SIDLEY AUSTIN LLP |
| | 555 West Fifth Street |
| 5 | Los Angeles, California  90013-1010 |
| | Telephone: (213) 896-6000 |
| 6 | Facsimile: (213) 896-6600 |

Attorneys For Defendant
CVS RX Services, Inc.

## UNITED STATES DISTRICT COURT

## CENTRAL DISTRICT OF CALIFORNIA

| MICHAEL ADEEB SOLIMAN, an individual, | ) ) ) | Case No. 8:12-CV-00835-CJC(RNBx) |
|---|---|---|
| | ) | Assigned to Hon. Cormac J. Carney |
| Plaintiff, | ) ) | |
| | ) | **FINAL JUDGMENT** |
| vs. | ) ) | State Action Filed:  October 26, 2011 |
| CVS RX SERVICES, INC., a New York Corporation; DOES 1 though 20, inclusive | ) ) ) ) | Notice of Removal Filed:  May 23, 2012 |
| Defendants. | ) ) ) ) ) | |

This action was brought by plaintiff Michael Adeeb Soliman ("Plaintiff") against defendant CVS Rx Services, Inc. ("Defendant"). The operative pleading is Plaintiff's First Amended Complaint, filed in Orange County Superior Court on April, 24, 2012 (the "Complaint"). This action was removed to the above-referenced court on May 23, 2012.

**IT IS NOW ORDERED, ADJUDGED AND DECREED AS FOLLOWS:**

For the reasons set forth in the Court's July 5, 2012 Order Granting Defendant's Motion to Dismiss (Docket No. 21), judgment is hereby entered in favor of Defendant and against Plaintiff on all of the claims in the Complaint.

**THE CLERK IS DIRECTED TO ENTER THIS JUDGMENT FORTHWITH.**

Dated: July 11, 2012

Honorable Cormac J. Carney
United States District Judge

1
**FINAL JUDGMENT**